ELIZABETH BURGHER, Administratrix, etc., Respondent, *v.*
JAMES G. HUGHES et al., Appellants.

(Argued November 23, 1875; decided November 30, 1875.)

REPORTED below, 5 Hun, 180.

*B. W. Huntington* for the appellants.

*S. A. Underhill* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.